IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Brown, Regina R | Case Number: 07 B 12524 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 4/8/08 | Filed: 7/13/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: February 25, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 2,095.00 | |
| Secured: | | 339.68 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,642.19 |
| Trustee Fee: | | 113.13 |
| Other Funds: | | 0.00 |
| Totals: | 2,095.00 | 2,095.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Debra J Vorhies-Levine | Administrative | 2,873.00 | 1,642.19 |
| 2. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 0.00 | 339.68 |
| 4. | Dell Financial Services, Inc | Secured | 200.00 | 0.00 |
| 5. | Washington Mutual Bank FA | Secured | 32,774.45 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 42.00 | 0.00 |
| 7. | United States Dept Of Education | Unsecured | 328.79 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 34.19 | 0.00 |
| 9. | Dell Financial Services, Inc | Unsecured | 104.57 | 0.00 |
| 10. | Resurgent Capital Services | Unsecured | 185.49 | 0.00 |
| 11. | World Financial Network Nat'l | Unsecured | 42.92 | 0.00 |
| 12. | MB Financial | Secured | | No Claim Filed |
| 13. | AAC | Unsecured | | No Claim Filed |
| 14. | Capital One | Unsecured | | No Claim Filed |
| 15. | Citibank | Unsecured | | No Claim Filed |
| 16. | Bureau Of Collection Recovery | Unsecured | | No Claim Filed |
| 17. | American Collection Corp | Unsecured | | No Claim Filed |
| 18. | LeLand Scott & Associates | Unsecured | | No Claim Filed |
| 19. | Citibank | Unsecured | | No Claim Filed |
| 20. | Medical Collections | Unsecured | | No Claim Filed |
| 21. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 22. | Park Dansan | Unsecured | | No Claim Filed |
| 23. | Nicor Gas | Unsecured | | No Claim Filed |
| 24. | Midland Credit Management | Unsecured | | No Claim Filed |
| 25. | Credit Management Co. | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Brown, Regina R

Printed: 4/8/08

Case Number: 07 B 12524
Judge: Hollis, Pamela S
Filed: 7/13/07

| | | | |
|---|---|---|---|
| 26. United Compucredit Collection | Unsecured | | No Claim Filed |
| 27. IC Collections | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 36,585.41 | $ 1,981.87 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 113.13 |
| | _____ |
| | $ 113.13 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____